UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA    )
                           )    Case No. 1:09-cr-123
v.                         )
                           )    COLLIER / LEE
LORI ANN PARRIS         )
                           )

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw her not guilty plea to Count One of the eighty-one count
Superseding Indictment; (2) accept Defendant's plea of guilty to the lesser included offense of the
charge in Count One, that is of conspiracy to manufacture, distribute and possess with intent to
distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of
methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1),
and 841(b)(1)(B); (3) adjudicate Defendant guilty of the lesser included offense of the charge in
Count One of the Superseding Indictment, that is of conspiracy to manufacture, distribute and
possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a
detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21
U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B); (4) defer a decision on whether to accept the plea
agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this
(Court File No. 298). Neither party filed a timely objection to the report and recommendation.
After reviewing the record, the Court agrees with the magistrate judge's report and recommendation.
Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and

recommendation (Court File No. 298) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw her not guilty plea to Count One of the Superseding Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to the lesser included offense of the charge in Count One, that is of conspiracy to manufacture, distribute and possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the lesser included offense of the charge in Count One, that is of conspiracy to manufacture, distribute and possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B);

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, June 10, 2010 at 9:00 a.m.** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**